1  Jonathan Ricasa (SBN 223550)
   jricasa@ricasalaw.com
2  LAW OFFICE OF JONATHAN RICASA
   2341 Westwood Boulevard, Suite 7            E-FILED 11/19/15
3  Los Angeles, California 90064
   Telephone: (424) 248-0510                    JS-6
4  Facsimile: (424) 204-0652

5  Attorney for Plaintiff
   Daron Hill

6  [Additional counsel listed on next page]

7

8  Vasko R. Mitzev (SBN 213973)
   vmitzev@ferruzzo.com
9  James J. Ferruzzo (SBN 056986)
   jjferruzzo@ferruzzo.com
10 FERRUZZO & FERRUZZO, LLP
   3737 Birch Street, Suite 400
11 Newport Beach, California 92660
   Telephone: (949) 608-6900

12 Counsel for Defendants Bulk Transportation
   and DTI Associates, LLC
13

14                    UNITED STATES DISTRICT COURT

15                   CENTRAL DISTRICT OF CALIFORNIA

16

17 Daron Hill, individually and on behalf    )  Case No. CV13-08683 PSG (JEMx)
   of all others similarly situated,         )
18                                           )  **[PROPOSED] JUDGMENT
                    Plaintiff,               )  ENTERED UNDER RULE 68**
19                                           )
        v.                                   )  Hon. Philip S. Gutierrez
20                                           )
   Bulk Transportation, DTI Associates,      )  Complaint filed: October 22, 2013
21 LLC, Gary K. Cross, and Doe One           )  Date removed: November 25, 2013
   through and including Doe One             )  Trial date: March 8, 2016
22 Hundred,                                  )
                                             )
23                  Defendants.              )
                                             )
24 ─────────────────────────────── )

25

26

27

28

1  Briana M. Kim (SBN 255966)
   briana@brianakim.com
2  BRIANA KIM, PC
   249 East Ocean Boulevard, Suite 814
3  Long Beach, California 90802
   Telephone: (714) 482-6301
4  Facsimile: (714) 482-6302

5  Co-Counsel for Plaintiff
   Daron Hill

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1       On November 11, 2015, Defendant DTI Associates, LLC served an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, a true and correct copy of which is incorporated herein by reference and attached as **Exhibit A**. On November 17, 2015, Plaintiff, Daron Hill, served Defendants with a Notice of Acceptance of Offer of Judgment and a Proof of Service, a true and correct copy of which is attached as **Exhibit B**. Therefore, under the provisions of Rule 68, IT IS ORDERED AND ADJUDGED THAT:

    1.    Plaintiff Daron Hill shall have judgment against DTI Associates, LLC in the sum of $17,500, which sum includes all of Hill's attorneys' fees and costs incurred to date; and

    2.    All claims asserted by Plaintiff Daron Hill against Bulk Transportation and Gary K. Cross are dismissed with prejudice.

    3.    The Action is dismissed with prejudice.

Dated:   11/15  , 2015

PHILIP S. GUTIERREZ
United States District Court


PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     )ss.
COUNTY OF ORANGE     )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 3737 Birch Street, Suite 400, Newport Beach, California 92660.

On November 17, 2015, I served the foregoing document described as:

**[PROPOSED] JUDGMENT ENTERED UNDER RULE 68**

on all interested parties in said action by:

XX   BY MAIL as follows:

☐ placing ☐ the original ☒ a true copy thereof in a sealed envelope addressed to the following:

Mr. Jonathan Ricasa, Esq.
Law Office of Jonathan Ricasa
2341 Westwood Boulevard, Suite 7
Los Angeles, California 90064
TEL: (424) 248-0510
FAX: (424) 204-0652
jricasa@ricasalaw.com

Briana M. Kim
Law Offices of Briana M. Kim
249 E. Ocean Blvd., Suite 814
Long Beach, CA 90802
TEL: (714) 482-6301
FAX: (714) 482-6302
briana@brianakim.com

☒   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

XX   FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 17, 2015, at Newport Beach, California.

TINA DeCRISTOFARO

```
 1  FERRUZZO & FERRUZZO, LLP
        A Limited Liability Partnership,
 2      including Professional Corporations
            3737 Birch Street, Suite 400
 3          Newport Beach, California 92660
            Telephone (949) 608-6900
 4
    VASKO R. MITZEV, State Bar No. 213973
 5     email: vmitzev@ferruzzo.com
    JAMES J. FERRUZZO, ESQ., State Bar No. 056986
 6     email: jjferruzzo@ferruzzo.com
 7  Attorneys for Defendants BULK TRANSPORTATION AND DTI ASSOCIATES, LLC
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DARON HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BULK TRANSPORTATION, DTI ASSOCIATES, LLC, GARY K. CROSS, and DOE ONE through and including DOE ONE HUNDRED,<br><br>Defendants. | CASE NO. CV13-08683 PSG (JEMx)<br>ASSIGNED FOR ALL PURPOSES TO THE HONORABLE PHILIP S. GUTIERREZ<br><br>**DEFENDANT DTI ASSOCIATES, LLC'S RULE 68 OFFER OF JUDGMENT**<br><br>Complaint Filed: 10/22/2013<br>Trial Date: 03/08/2016 |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant DTI ASSOCIATES, LLC, offers to allow judgment to be entered against it in this action on these specified terms:

1. Judgment in favor of Plaintiff Daron Hill, and against DTI ASSOCIATES, LLC, in the amount of $17,500 (Seventeen thousand five hundred dollars) ("Judgment Sum");

2. The Judgment Sum of $17,500 is inclusive of all Plaintiff's recoverable costs and recoverable attorneys' fees accrued as of the date of the offer, (*FRCP* Rule 68(a)) and shall be the final and total judgment amount which Defendant DTI

ASSOCIATES, LLC, shall be obligated to pay Plaintiff.

3. This offer of judgment is made for the purposes specified in *Federal Rule of Civil Procedure* 68, and shall not to be construed as either an admission that DTI ASSOCIATES, LLC, is liable in this action, or that Plaintiff has suffered any damage.

4. This offer of judgment shall not be filed with the Court unless a) accepted or b) used in a Court proceeding consistent with Rule 68 to determine costs.

5. Pursuant to Rule 68(d) of the Federal rules of Civil Procedure, if Plaintiff does not accept this Offer, and Plaintiff does not recover a judgment that is more favorable than this offer of judgment, he must pay- and Defendant will seek- Defendant's costs and attorneys' fees incurred after the making of this offer (the Date it is signed by Defendant).

6. To accept this offer, Plaintiff must serve a written notice of acceptance within fourteen days (14) days of the date this offer is made. Email notice is sufficient to vmitzev@ferruzzo.com, as is facsimile transmitted notice to 949-608-6994.

DATED: November 11, 2015            FERRUZZO & FERRUZZO, LLP

                                    By:_____
                                    VASKO R. MITZEV
                                    Attorneys for Defendants
                                    BULK TRANSPORTATION and
                                    DTI ASSOCIATES, LLC

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss. 
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 3737 Birch Street, Suite 400, Newport Beach, California 92660.

On November 11, 2015, I served the foregoing document described as:

**DEFENDANT DTI ASSOCIATES, LLC'S RULE 68 OFFER OF JUDGMENT**

on all interested parties in said action by:

XX  BY ELECTRONIC MAIL / E-MAIL TRANSMISSION as follows: I served said document(s) on all interested parties in said action from *tdecristofaro@ferruzzo.com* to their respective e-mail addresses as stated below:

XX  BY MAIL as follows:

☒ placing ☐ the original ☒ a true copy thereof in a sealed envelope addressed to the following:

| Mr. Jonathan Ricasa, Esq. | Briana M. Kim |
| LAW OFFICE OF JONATHAN RICASA | Law Offices of Briana M. Kim |
| 2341 Westwood Boulevard, Suite 7 | 249 E. Ocean Blvd., Suite 814 |
| Los Angeles, California 90064 | Long Beach, CA 90802 |
| TEL: (424) 248-0510 | TEL: (714) 482-6301 |
| FAX: (424) 204-0652 | FAX: (714) 482-6302 |
| jricasa@ricasa.law.com | briana@brianakim.com |

☒  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

XX  FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 11, 2015, at Newport Beach, California.

_____
TINA DeCRISTOFARO

FERRUZZO & FERRUZZO, LLP
3737 Birch Street, Suite 400
Newport Beach, California 92660
Telephone: (949) 608-6900

B128.15\363204v1

**ATTACHMENT**

# FERRUZZO & FERRUZZO, LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP, INCLUDING PROFESSIONAL CORPORATIONS

3737 BIRCH STREET, SUITE 400
NEWPORT BEACH, CALIFORNIA 92660

VASKO R. MITZEV
Partner

TELEPHONE (949) 608-6900
TELEPHONE (714) 834-9322
TELEPHONE (714) 641-1690
FACSIMILE (949) 608-6994
FACSIMILE (714) 834-9358
FACSIMILE (714) 641-1780
WWW.FERRUZZO.COM

NOVEMBER 16, 2015

B128.15\363447v1

**Via Fax and U.S. Mail**
(424) 204-0652
(714) 482-6302

Mr. Jonathan Ricasa, Esq.
**LAW OFFICE OF JONATHAN RICASA**
2341 Westwood Boulevard, Suite 7
Los Angeles, California 90064

Ms. Briana M. Kim, Esq.
**LAW OFFICES OF BRIANA M. KIM**
249 E. Ocean Blvd., Suite 814
Long Beach, CA 90802

RE: *Daron Hill, etc. v. Bulk Transportation, etc.*
USDC case number CV13-08683 PSG (JEMx)

Dear Jon and Briana:

I want to clarify one point in the Rule 68 Offer served last Wednesday. If the Rule 68 Offer of Judgment by DTI is accepted by Plaintiff, the entire action, including all causes against all Defendants, is dismissed with prejudice as part of the judgment.

Very truly yours,

FERRUZZO & FERRUZZO, LLP

By
VASKO R. MITZEV

VRM:tld

# Tina Decristofaro

| | |
|---|---|
| **From:** | Vasko Mitzev |
| **Sent:** | Monday, November 16, 2015 10:44 AM |
| **To:** | Tina Decristofaro; jricasa@ricasa.law.com; briana@brianakim.com |
| **Cc:** | Tina Decristofaro |
| **Subject:** | RE: Privilege Settlement Communication Re: Hill v. DTI- Clarification of Rule 68 Offer to Hill |

Good morning Jon and Briana,

I want to clarify one point in the Rule 68 Offer served last Wednesday. If the Rule 68 Offer of Judgment by DIT is accepted by Plaintiff, the entire action, including all causes against all Defendants, is dismissed with prejudice as part of the judgment.

- Vasko.

VASKO R. MITZEV, PARTNER
FERRUZZO & FERRUZZO, LLP.
3737 BIRCH, SUITE 400
NEWPORT BEACH, CA. 92660
PH: (949) 608-6931 DIRECT
FAX: (949) 608-6994




AV® PREEMINENT™
PEER REVIEWED HIGHEST RATING
ETHICS & LEGAL ABILITY

**CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual to whom it is addressed. It may contain information that is confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited. If the reader of this message is not the intended recipient or you receive this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.**

**From:** Tina Decristofaro
**Sent:** Wednesday, November 11, 2015 12:26 PM
**To:** jricasa@ricasa.law.com; briana@brianakim.com
**Cc:** Vasko Mitzev
**Subject:** Privilege Settlement Communication Re: Hill v. DTI

Dear Counsel:

1

Attached please find Defendant DTI Associates, LLC's Rule 68 Offer of Judgment.

Thank you,

**Tina DeCristofaro**
Legal Assistant
FERRUZZO & FERRUZZO, LLP
3737 Birch Street, Suite 400
Newport Beach, CA 92660
Tel: (949) 608-6900 Fax: (949) 608-6994
Email: tdecristofaro@ferruzzo.com

Notice: The information contained in this communication is confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its attachments, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy the original message.

Jonathan Ricasa (SBN 223550)
jricasa@ricasalaw.com
LAW OFFICE OF JONATHAN RICASA
2341 Westwood Boulevard, Suite 7
Los Angeles, California 90064
Telephone: (424) 248-0510
Facsimile: (424) 204-0652

Attorney for Plaintiff
Daron Hill

Briana M. Kim (SBN 255966)
briana@brianakim.com
BRIANA KIM, PC
249 East Ocean Boulevard, Suite 814
Long Beach, California 90802
Telephone: (714) 482-6301
Facsimile: (714) 482-6302

Co-Counsel for Plaintiff
Daron Hill

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daron Hill, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Bulk Transportation, DTI Associates, LLC, Gary K. Cross, and Doe One through and including Doe One Hundred,<br><br>Defendants. | Case No. CV13-08683 PSG (JEMx)<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**<br><br>Hon. Philip S. Gutierrez<br><br>Complaint filed: October 22, 2013<br>Date removed: November 25, 2013<br>Trial date: March 8, 2016 |

Take notice that Plaintiff Daron Hill accepts the offer of Defendant DTI Associates, LLC dated November 11, 2015, allowing Plaintiff to take judgment in this action for $17,500 (Seventeen thousand five hundred dollars) with costs and recoverable attorneys' fees accrued as of the date of the offer.

Dated: November 17, 2015        Law Office of Jonathan Ricasa

                                /s/ Jonathan Ricasa
                                Jonathan Ricasa
                                Attorney for Plaintiff Daron Hill

# PROOF OF SERVICE

I am attorney for Plaintiff herein, over the age of eighteen years, and not a party to the within action. My business address is Law Office of Jonathan Ricasa, 2341 Westwood Boulevard, Suite 7, Los Angeles, California 90064. On November 17, 2015, I served the within document(s): **NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT.**

I caused such to be delivered by hand to:

N/a.

I caused such to be delivered by e-mail or fax to:

N/a.

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice, the document(s) would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business, addressed as follows:

Vasko R. Mitzev
Ferruzzo & Ferruzzo, LLP
3737 Birch Street, Suite 400
Newport Beach, California 92660

I declare under penalty of perjury that the above is true and correct. Executed on November 17, 2015, at Los Angeles, California.

_____
Jonathan Ricasa